■ In the Matter of Louise Lassiter, Petitioner, v Board of Education of the City of New York et al., Respondents. [687 NYS2d 291] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Education of the City of New York, dated May 13, 1997, terminating the petitioner's employment based upon a rating that her performance as a teacher during the 1995-1996 school year was unsatisfactory.

Adjudged that the petition is denied, the determination is confirmed, and the proceeding is dismissed on the merits, with costs.

The determination that the petitioner's overall performance as a school teacher during the 1995-1996 school year was unsatisfactory is supported by substantial evidence in the record (*see,* CPLR 7803 [4]; *300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176). Bracken, J. P., Sullivan, Friedmann and Florio, JJ., concur.